HELEN A. ROBERTS, Respondent, v. ROBERTA WALKER, Defendant, and MARIE SAMPSON, Appellant.— *Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam.*